UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Corey Blocker, )
    Plaintiff, )
) No. 1:19-cv-48
-v- )
) HONORABLE PAUL L. MALONEY
United States of America & )
Donald Trump. )
    Defendants. )
)

## JUDGMENT

In accordance with the Order entered on this date, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date: April 25, 2019        /s/ Paul L. Maloney
                                         Paul L. Maloney
                                         United States District Judge